**STATEMENT OF FACTS**

      On Monday, May 15, 2006, at about 2:25 p.m., a law enforcement officer saw what appeared to be a hand-to-hand drug transaction between the defendant, Franklin Pettiford and another individual. The officer asked marked patrol units to assist in stopping the car the defendant was driving. Officers noticed the car at Livingston Road and Atlantic Street, S.E., Washington, D.C. Officers conducted a traffic stop in the 200 block of Atlantic Street, S.E., Washington, D.C. During the stop, officers ran the vehicle tag and found that the tags had expired April 30, 2006. Officers placed the defendant under arrest. A search of the center console of the vehicle, revealed a medium size clear plastic bag containing several loose medium size white rock-like substance, a clear plastic bag containing a large cluster of white rock like substance, several smaller size white rock-like substance, and a 200-Z digital scale. The white rock-like substance appeared to be crack cocaine. A portion of the white rock-like substance field tested positive for cocaine. The approximate weight of the suspected crack cocaine was 23.3 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                    OFFICER THEODORE BROSEY
                                    SEVENTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF MAY, 2006.

                                    U.S. MAGISTRATE JUDGE